IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT, et al.,

    Plaintiffs,                       CIV. NO. S- 07-0342 MCE GGH

    vs.

MICHAEL COLBERT,

    Defendant.                       <u>ORDER</u>

_____/

        Plaintiffs' motion for default judgment presently is calendared for hearing on July 26, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. July 26, 2007 hearing on the motion for default judgment, filed May 30, 2007, is vacated; and

        2. The motion is submitted on the record.

DATED: 7/11/07

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        U. S. MAGISTRATE JUDGE

GGH:076:SonyBMG0342.def.wpd