IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT, et al.,

    Plaintiffs,                          CIV-S-07-0342 MCE GGH

    vs.

MICHAEL COLBERT,

    Defendant.                         <u>ORDER</u>

_____/

        On November 20, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed November 20, 2007, are ADOPTED; and

2. Plaintiff's motion for entry of default judgment is granted. Judgment is rendered in the amount of $4,500.00 in statutory damages and $420.00 in costs. A permanent injunction is granted against defendant as specified in the findings and recommendations.

Dated: January 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE