UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Sony BMG Music Entertainment, et al.**

**DEFAULT JUDGMENT**

    v.

Case No. CIV S-07-0342 MCE GGH

**Michael Colbert**

_____

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant: Michael Colbert **in the amount of $4,500.00 in statutory damages and $420.00 in costs.**

January 31, 2008

VICTORIA C. MINOR, CLERK

By: /s/ Jonathan Anderson
Jonathan Anderson, Deputy Clerk